BENJAMIN B. WAGNER
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:89-mj-00129 KJN |
| Plaintiff, | ORDER TO DISMISS COMPLAINT |
| v. | |
| PEDRO ROCHA, | |
| Defendant. | |

IT IS HEREBY ORDERED that the above-captioned complaint be dismissed.

Dated: June 14, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1